```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 18-00342-HWV
Wanda Paula Bechtel                                         Chapter 13
     Debtor             CERTIFICATE OF NOTICE

District/off: 0314-1       User: TWilson         Page 1 of 2      Date Rcvd: Mar 13, 2018
                           Form ID: ntcnfhrg     Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db              +Wanda Paula Bechtel,    151 Lumber Street,    Highspire, PA 17034-1320
5016655         +ARCADIA RECOVERY BUREAU,    PO BOX 6768,    WYOMISSING, PA 19610-0768
5016656         +CAPITAL TAX COLLECTION BUREAU,     506 S STATE ROAD,    MARYSVILLE, PA 17053-1001
5016657         +CB/LNBRYNT,    BK NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5016658         +CENLAR FSB,    PO BOX 77404,    EWING, NJ 08628-6404
5016660          COML ACCEPT,    2300 GETTYSBURG RD, STE 102,    CAMP HILL, PA 17011-7303
5016663          DIRECTV CUSTOMER SERVICE (p),    BANKRUPTCY CLAIMS,    PO BOX 6550,
                  GREENWOOD VILLAGE CO  80155-6550
5016664         +DRAYER PHYSICAL THERAPY,    2805 OLD POST RD,    SUITE 110,    HARRISBURG, PA 17110-3676
5016666         +GEICO INS,    ONE GEICO PLAZA,    BETHESDA, MD 20811-0002
5016669         +INTERNISTS OF CENTRAL PA,    HARRISVIEW PROFFESIONAL CT,    108 LOWTHER ST,
                  LEMOYNE, PA 17043-2045
5016671         +KERRI BECHTEL-AVILA,    N 17TH STREET,    HARRISBURG, PA 17103
5016672         +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
                  PHILADELPHIA, PA 19106-1538
5016675        ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                  COLUMBUS OH 43215-2410
                 (address filed with court: NATIONWIDE INSURANCE,    ONE NATIONWIDE PLAZA,    COLUMBUS, OH 43215)
5016676         +OIP,    3399 TRINDLE ROAD,    CAMP HILL, PA 17011-2286
5016678          PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
5016679         +SCHEIN ERNST EYE ASSOCIATES PC,    10 CAPITAL DRIVE, STE 300,    HARRISBURG, PA 17110-9412
5016680          SKYVIEW STORAGE,    KRISTIN DRIVE,    DUNCANNON, PA 17020
5016681         +SUEZ WATER PENNSYLVANIA,    CUSTOMER SERVICE CENTER,    8189 ADAMS DRIVE,
                  HUMMELSTOWN, PA 17036-8625
5016682         +THE GENERAL INSURANCE CO,    HEADQUARTERS,    2636 ELM HILL PIKE, STE 510,
                  NASHVILLE, TN 37214-3169
5016683         +TREFZ & BOWSER FUNERAL HOME,    114 W MAIN STREET,    HUMMELSTOWN, PA 17036-1531
5016684         +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                  651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5016685         +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                  HARRISBURG, PA 17121-0751
5016686         +YOUNGS MEDICAL EQUIPMENT,    6345 FLANK DRIVE, STE 1600,    HARRISBURG, PA 17112-2796
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5016654         +E-mail/Text: ally@ebn.phinsolutions.com Mar 13 2018 19:04:51     ALLY,    PO BOX 130424,
                  ROSEVILLE, MN 55113-0004
5025494          E-mail/Text: ally@ebn.phinsolutions.com Mar 13 2018 19:04:51     Ally Financial,
                  PO Box 130424,    Roseville MN 55113-0004
5016659         +E-mail/Text: dehartstaff@pamd13trustee.com Mar 13 2018 19:05:46     CHARLES J DEHART, III, ESQ.,
                  8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5016661          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2018 19:05:24     COMM OF PA DEPT OF REVENUE,
                  BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5016662         +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 13 2018 19:05:53     CREDIT COLL,
                  PO BOX 607,    NORWOOD, MA 02062-0607
5016665          E-mail/Text: aladd@franklinamerican.com Mar 13 2018 19:05:52
                  FRANKLIN AMERICAN MORTGAGE COMPANY,    501 CORPORATE CENTRE DRIVE,    FRANKLIN, TN 37067
5016667         +E-mail/Text: jmoreno@hillcrestdavidson.com Mar 13 2018 19:05:09     HILLCREST COL,
                  715 N GLENVILLE, STE 450,    RICHARDSON, TX 75081-2898
5016668          E-mail/Text: cio.bncmail@irs.gov Mar 13 2018 19:05:01     INTERNAL REVENUE SERVICE - CIO,
                  PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5016673         +E-mail/Text: unger@members1st.org Mar 13 2018 19:05:52     MEMBERS 1ST FCU,    5000 LOUISE DR,
                  PO BOX 40,    MECHANICSBURG, PA 17055-0040
5016674         +E-mail/Text: bankruptcy@mymoni.com Mar 13 2018 19:04:52     MONITRONICS,    PO BOX 814530,
                  DALLAS, TX 75381-4530
5027923          E-mail/PDF: cbp@onemainfinancial.com Mar 13 2018 19:07:16     ONEMAIN,    PO BOX 3251,
                  EVANSVILLE, IN. 47731-3251
5016677          E-mail/PDF: cbp@onemainfinancial.com Mar 13 2018 19:07:25
                  ONEMAIN FINANCIAL ATTN: BK NOTICES,    PO BOX 3251,    EVANSVILLE, IN 47731-3251
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr*             +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
5016670*         IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Wanda Paula Bechtel DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          James   Warmbrodt    on behalf of Creditor   Franklin American Mortgage Company unless in the state
           of RI, NH or NV, then use Federal Home Loan Mortgage Corporation bkgroup@kmllawgroup.com
          Regina   Cohen    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Wanda Paula Bechtel<br>Debtor(s) | Chapter<br>Case No. | 13<br>1:18−bk−00342−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**April 11, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 18, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 13, 2018 |