# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire                                       Telephone: (717) 232-6650
Kara K. Gendron, Esquire                                       Fax: (717) 232-0477

March 22, 2018

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:   Wanda Paula Bechtel
      Bankruptcy No:1:18-bk-00342

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

SKYVIEW STORAGE
KRISTIN DRIVE
DUNCANNON, PA 17020

to:

SKYVIEW STORAGE
C/O PFAUTZ RENTALS
101 PFAUTZ ROAD
DUNCANNON, PA 17020


Please remove old address from mailing matrix.


Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary to
Dorothy L. Mott, Attorney at Law