# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

June 11, 2018

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:  Wanda Paula Bechtel
     Bankruptcy No:1:18-bk-00342

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

SKYVIEW STORAGE
C/O PFAUTZ RENTALS
101 PFAUTZ ROAD
DUNCANON, PA 17020

to:

SKYVIEW STORAGE
5A PFAUTZ ROAD
DUNCANNON, PA 17020


Please remove old address from mailing matrix.


Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary to
Dorothy L. Mott, Attorney at Law