UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WANDA PAULA BECHTEL<br>   Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>   Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| WANDA PAULA BECHTEL<br>   Respondent(s) | :<br>: CASE NO. 1-18-bk-00342 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SECOND AMENDED CHAPTER 13 PLAN

  AND NOW, this 20th day of November, 2018, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about November 14, 2018 be withdrawn, as all issues have been resolved.

            Respectfully submitted:

            /s/Charles J. DeHart, III
            Standing Chapter 13 Trustee
            8125 Adams Drive, Suite A
            Hummelstown, PA 17036
            (717) 566-6097

CERTIFICATE OF SERVICE

  AND NOW, this 20th day of November, 2018, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA 17101

            /s/Deborah A. Behney
            Office of Charles J. DeHart, III
            Standing Chapter 13 Trustee