```
United States Bankruptcy Court
  Middle District of Pennsylvania
```

In re:                                                                  Case No. 18-00342-HWV
Wanda Paula Bechtel                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: TWilson      Page 1 of 1      Date Rcvd: Nov 21, 2018
      Form ID: orcnfpln      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.
db      +Wanda Paula Bechtel,   151 Lumber Street,   Highspire, PA 17034-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2018 at the address(es) listed below:
      Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      Dorothy L Mott   on behalf of Debtor 1 Wanda Paula Bechtel DorieMott@aol.com,
      KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
      James   Warmbrodt   on behalf of Creditor   Franklin American Mortgage Company unless in the state
      of RI, NH or NV, then use Federal Home Loan Mortgage Corporation bkgroup@kmllawgroup.com
      Kara Katherine Gendron   on behalf of Debtor 1 Wanda Paula Bechtel karagendronecf@gmail.com,
      doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
      Regina   Cohen   on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
      ksweeney@lavin-law.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
      TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Wanda Paula Bechtel,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:18–bk–00342–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 9, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: November 21, 2018

By the Court,

*[signature: Henry W. Van Eck]*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

orcnfpln(05/18)