```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                             Case No. 18-00342-HWV
Wanda Paula Bechtel                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: CourtneyG            Page 1 of 1           Date Rcvd: Sep 26, 2019
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
          +John E. Bechtel,    151 Lumber Street,   Highspire, PA 17034-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
           ##+Kerri L. Bechtel,    151 Lumber Street,   Highspire, PA 17034-1320
                                                                                       TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Wanda Paula Bechtel DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James   Warmbrodt    on behalf of Creditor    Citizens Bank, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Franklin American Mortgage Company unless in the state
               of RI, NH or NV, then use Federal Home Loan Mortgage Corporation bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Wanda Paula Bechtel karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Regina   Cohen    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Wanda Paula Bechtel<br>　　　　Debtor | CHAPTER 13 |
| Citizens Bank, N.A.<br>　　　　Movant<br>vs. | NO. 18-00342 HWV |
| Wanda Paula Bechtel<br>John E. Bechtel<br>Kerri L. Bechtel<br>　　　　Respondents | 11 U.S.C. Sections 362 and 1301 |
| Charles J. DeHart, III Esq.<br>　　　　Additional Respondent | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Amended Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: September 25, 2019

By the Court,

*Henry W. Van Eck* (JH)
Henry W. Van Eck, Bankruptcy Judge