```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00342-HWV
Wanda Paula Bechtel                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 1    Date Rcvd: Mar 25, 2020
                            Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
5046018        +Franklin American Mortgage Co,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         Dorothy L Mott   on behalf of Debtor 1 Wanda Paula Bechtel DorieMott@aol.com,
          KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
         James   Warmbrodt   on behalf of Creditor   Citizens Bank, N.A. bkgroup@kmllawgroup.com
         James   Warmbrodt   on behalf of Creditor   Franklin American Mortgage Company unless in the state
          of RI, NH or NV, then use Federal Home Loan Mortgage Corporation bkgroup@kmllawgroup.com
         Kara Katherine Gendron   on behalf of Debtor 1 Wanda Paula Bechtel karagendronecf@gmail.com,
          doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
         Mary F Kennedy   on behalf of Creditor   Citizens Bank, N.A. mary@javardianlaw.com,
          angie.harrigan@javardianlaw.com
         Regina   Cohen   on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
          ksweeney@lavin-law.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                       TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-00342-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Wanda Paula Bechtel
151 Lumber Street
Highspire PA 17034

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/24/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Franklin American Mortgage Co, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 | Citizens Bank, N.A.<br>10561 Telegraph Road<br>Glen Allen, VS 23059 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/27/20

Terrence S. Miller
**CLERK OF THE COURT**