```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-00342-HWV
Wanda Paula Bechtel                                                     Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2                  Date Rcvd: Apr 09, 2020
                               Form ID: ordsmiss            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db             +Wanda Paula Bechtel,   151 Lumber Street,   Highspire, PA 17034-1320
5016655        +ARCADIA RECOVERY BUREAU,    PO BOX 6768,   WYOMISSING, PA 19610-0768
5016656        +CAPITAL TAX COLLECTION BUREAU,    506 S STATE ROAD,   MARYSVILLE, PA 17053-1001
5016658        +CENLAR FSB,   PO BOX 77404,   EWING, NJ 08628-6404
5016660         COML ACCEPT,   2300 GETTYSBURG RD, STE 102,   CAMP HILL, PA 17011-7303
5312603        +Citizens Bank, N.A.,   10561 Telegraph Road,   Glen Allen, VA 23059-4577
5312604        +Citizens Bank, N.A.,   10561 Telegraph Road,   Glen Allen, VS 23059-4577
5016664        +DRAYER PHYSICAL THERAPY,    2805 OLD POST RD,   SUITE 110,   HARRISBURG, PA 17110-3676
5046018        +Franklin American Mortgage Co,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
5016666        +GEICO INS,   ONE GEICO PLAZA,   BETHESDA, MD 20811-0002
5016669        +INTERNISTS OF CENTRAL PA,   HARRISVIEW PROFFESIONAL CT,   108 LOWTHER ST,
                LEMOYNE, PA 17043-2045
5016671         KERRI BECHTEL-AVILA,   N 17TH STREET,   HARRISBURG, PA 17103
5016672        +KML LAW GROUP PC,   SUITE 5000 - BNY INDEPENDENCE CENTER,   701 MARKET STREET,
                PHILADELPHIA, PA 19106-1538
5016675       ++NATIONWIDE INSURANCE,   SERVICE OF PROCESS TEAM,   THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
                COLUMBUS OH 43215-2410
                (address filed with court: NATIONWIDE INSURANCE,   ONE NATIONWIDE PLAZA,   COLUMBUS, OH 43215)
5016676        +OIP,   3399 TRINDLE ROAD,   CAMP HILL, PA 17011-2286
5016678         PPL ELECTRIC UTILITIES,   ATTN: BANKRUPTCY DEPT,   827 HAUSMAN ROAD,   ALLENTOWN PA 18104-9392
5016679        +SCHEIN ERNST EYE ASSOCIATES PC,   10 CAPITAL DRIVE, STE 300,   HARRISBURG, PA 17110-9412
5016680        +SKYVIEW STORAGE,   5A PFAUTZ ROAD,   DUNCANNON, PA 17020-9208
5016681        +SUEZ WATER PENNSYLVANIA,   CUSTOMER SERVICE CENTER,   8189 ADAMS DRIVE,
                HUMMELSTOWN, PA 17036-8625
5016682        +THE GENERAL INSURANCE CO,   HEADQUARTERS,   2636 ELM HILL PIKE, STE 510,
                NASHVILLE, TN 37214-3169
5016683        +TREFZ & BOWSER FUNERAL HOME,   114 W MAIN STREET,   HUMMELSTOWN, PA 17036-1531
5016684        +UNEMP COMP OVERPAYMENT MATTERS,   DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121-0751
5016685        +UNEMPL COMP TAX MATTERS,   HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
                HARRISBURG, PA 17121-0751
5016686        #+YOUNGS MEDICAL EQUIPMENT,   6345 FLANK DRIVE, STE 1600,   HARRISBURG, PA 17112-2796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5016654        +EDI: GMACFS.COM Apr 09 2020 23:38:00     ALLY,   PO BOX 130424,   ROSEVILLE, MN 55113-0004
5025494         EDI: GMACFS.COM Apr 09 2020 23:38:00     Ally Financial,   PO Box 130424,
                Roseville MN 55113-0004
5016657         EDI: WFNNB.COM Apr 09 2020 23:38:00     CB/LNBRYNT,   BK NOTICES,   PO BOX 182125,
                COLUMBUS, OH 43218-2125
5016659        +E-mail/Text: dehartstaff@pamd13trustee.com Apr 09 2020 19:53:55     CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
5016661         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2020 19:53:33     COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
5016662        +EDI: CCS.COM Apr 09 2020 23:38:00     CREDIT COLL,   PO BOX 607,   NORWOOD, MA 02062-0607
5016663         EDI: DIRECTV.COM Apr 09 2020 23:38:00     DIRECTV CUSTOMER SERVICE (p),   BANKRUPTCY CLAIMS,
                PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
5043215         EDI: DIRECTV.COM Apr 09 2020 23:38:00     Directv, LLC,   by American InfoSource LP as agent,
                PO Box 5008,   Carol Stream, IL 60197-5008
5016665         E-mail/Text: ccassalia@franklinamerican.com Apr 09 2020 19:54:00
                FRANKLIN AMERICAN MORTGAGE COMPANY,   501 CORPORATE CENTRE DRIVE,   FRANKLIN, TN 37067
5016667        +E-mail/Text: bfinnall@hillcrestdavidson.com Apr 09 2020 19:53:19     HILLCREST COL,
                715 N GLENVILLE, STE 450,   RICHARDSON, TX 75081-2898
5016668         EDI: IRS.COM Apr 09 2020 23:38:00     INTERNAL REVENUE SERVICE - CIO,   PO BOX 7346,
                PHILADELPHIA, PA 19101-7346
5016673        +E-mail/Text: unger@members1st.org Apr 09 2020 19:53:59     MEMBERS 1ST FCU,   5000 LOUISE DR,
                PO BOX 40,   MECHANICSBURG, PA 17055-0040
5016674        +E-mail/Text: bankruptcy@mymoni.com Apr 09 2020 19:53:11     MONITRONICS,   PO BOX 814530,
                DALLAS, TX 75381-4530
5027923         EDI: AGFINANCE.COM Apr 09 2020 23:38:00     ONEMAIN,   PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
5016677         EDI: AGFINANCE.COM Apr 09 2020 23:38:00     ONEMAIN FINANCIAL ATTN: BK NOTICES,   PO BOX 3251,
                EVANSVILLE, IN 47731-3251
5043255         EDI: Q3G.COM Apr 09 2020 23:38:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ally Financial Inc.,   P.O. Box 130424,   Roseville, MN 55113-0004
5016670*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,   PO BOX 7346,   PHILADELPHIA, PA 19101-7346
                                                                           TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:

```
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Dorothy L Mott    on behalf of Debtor 1 Wanda Paula Bechtel DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        James   Warmbrodt    on behalf of Creditor   Citizens Bank, N.A. bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor   Franklin American Mortgage Company unless in the state
         of RI, NH or NV, then use Federal Home Loan Mortgage Corporation bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor 1 Wanda Paula Bechtel karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        Mary F Kennedy    on behalf of Creditor   Citizens Bank, N.A. mary@javardianlaw.com,
         angie.harrigan@javardianlaw.com
        Regina   Cohen    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
         ksweeney@lavin-law.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Wanda Paula Bechtel,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:18−bk−00342−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: April 9, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)